UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LEGAL MAIL
Provided to Florida State Prison on
*L 124 for* for mailing by *WHM 1/3*

_____ Division

## CIVIL RIGHTS COMPLAINT FORM

William Hower Melendez- Sr.

CASE NUMBER: 3:18 CV 167 -J- 34 JRK
(To be supplied by Clerk's Office)

_____

_____

(Enter full name of each Plaintiff and
prison number, if applicable)

Dr. Salvador, Dr. Rosa
Asst. Warden Taylor, Nurses
K. Burgin, L. Wilkerson, K. Smith, S.
Johnson, S. Alvarez, C. Denuncio
Nurse Martin/EMT Walker, Reed,
Mendez, Rep. Michelle Schouest,
T. Bowden, LT. Woods, LT. Lemire,
Sgt. Brown, Sgt. Crocker, Class.
Ofc. T. Washington, P. Hunter

v.

Julie Jones, Sec. Fla. Dept. Of Corr.
Dr. G. Espino, Dr. Le, Dr. Radi,
C. Ibe ARNP, Warden Raddish,
Asst. Warden McClelan,

(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).

/

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.  PLACE OF PRESENT CONFINEMENT: Florida State Prison, P.O. Box
    800, Raiford Florida 32083
    (Indicate the name and location)

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: **Exhaustion of administrative remedies is
    required prior to pursuing a civil rights action regarding conditions or events in any prison, jail,
    or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the
    administrative grievance process was not completed prior to filing this lawsuit may be subject
    to dismissal.**

III. **PREVIOUS LAWSUITS:**

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT
2018 JAN 26 PM 12: 09
FILED

DC 225 (Rev 2/2012)

1

A.    Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (X)

B.    Have you initiated other lawsuits in *federal court* dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes (X)   No ( )

C.    If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1.    Parties to previous lawsuit:

Plaintiff(s): William Hower Melendez

Defendant(s): Florida Dept. Of Corr., et al

2.    Court (if federal court, name the district; if state court, name the county):

U.S. Northern District Court

3.    Docket Number: 3:15-cv-450/RV/CJK

4.    Name of judge: Charles J Kahn Jr.

5.    Briefly describe the facts and basis of the lawsuit: Denial Of Adequate Medical Care, Failure to provide perscribed Treatment.

6.    Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

Dismissed

7.    Approximate filing date: Oct, 2015

8.    Approximate disposition date: Unknown

D.    Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

DC 225 (Rev 2/2012)                                          2

identify these suits below by providing the case number, the style, and the disposition of each case:

¹ *Melendez v. Alfaro*, Case No. 8:10-cv-466-JDW-EAJ (M.D. Fla. June 11, 2010) (dismissing for failure to state a claim upon which relief may be granted); *Melendez v. Sayer*, Case No. 8:10cv04670JSM-AEP (M.D. Fla. March 23, 2010) (dismissing for failure to state a claim up on which relief may be granted); *Melendez v. Moe*, Case No. 8:10-cv-468-JDW-TBM (M.D. Fla. March 28, 2010) (dismissing for failure to state a claim upon which relief may be granted). These three cases were filed by Plaintiff while he was incarcerated at the Pasco County Jail. *See also Melendez v. Jacobs*, Case No. 8:10-cv-1805-RAL-TGW (M.D. Fla. Aug. 13, 2010) (dismissing without prejudice pursuant to § 1915(g)); *Melendez v. Gibson*, Case No. 8:10-cv-2441-JDW-AEP (M.D. Fla. Nov. 8, 2010) (same)[.

A.  Name of Plaintiff: William Hower Melendez DC# C06049

Mailing address: P.O. Box 800   Raiford, Florida 32083

_____

B.  Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: Julie Jones

Mailing Address: 501 S. Calhoun St. Tallahassee, Florida 32083

Position: Secretary Florida Department Of Corrections

Employed at: (F.D.O.C.) Tallahassee, Florida

D.  Defendant: Dr. Gonzalo Espino

Mailing Address: 7819 N.W. 228th St. Raiford, FL 32026

Position: Doctor, Medical Director

Employed at: Florida State Prison Main Unit

E.   Defendant: Warden Reddish

Mailing Address: 7819 N.W. 228th St.

Raiford, FL 32026

Position: Warden

Employed at: Florida State Prison

F.   Defendant: Dr. G. Le

Mailing Address: 7819 N.W. 228th St

Raiford, Florida 32026

Position: Doctor

Employed at: Florida, State Prison

G.   Defendant: Dr. Alajandro Radi

Mailing Address: Regional Medical Center

Lake Butler, Florida

Position: Doctor Gastrointernologist

Employed at: Regional Medical Center (R.M.C.)

H.) Asst. Warden McClelan
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

I.) Asst. Warden Taylor
7819 N.W. 228th St.
Raiford, Florida 32026
Florida State Prison

J.) K. Burgin
7819 N.W. 228th St
Raiford, Florida 32026
Nurse
Florida State Prison

K.) Nurse L. Wilkerson
7819 N.W. 228th St
Raiford, Florida 32026
Florida State Prison

L.) Nurse K. Smith
7819 N.W. 228th St
Raiford, Florida 32026
Florida State Prison

M.) Nurse S. Johnson
7819 N.W. 228th St
Raiford, Florida 32026
Florida State Prison

(N.) Nurse S. Alvarez
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

(O.) Nurse S.A. Warren
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

(P.) J. Arcelin M.D.
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

(Q.) Lieutenant Woods
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

(R.) Lieutenant Lemire
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

(S.) Lieutenant Bracewell
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

T.) Sergeant R. Brown
7819 N.W. 228th St
Raiford, FL 32026
Florida State Prison

(Z.) Grievance Coordinator Thomson
7819 N.W. 228th St
Raiford, Florida 32026
Florida State Prison

U.) Sergeant D. Crocker
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

(AA.) Officer English
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

V.) Nurse Martin
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

(BB) Officer Herring
7819 N.W 228th St.
Raiford, FL 32026
Florida State Prison

W.) Sergeant Geiger
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

(CC.) Officer Van Allen
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

X.) Sergeant Philbert
7819 N.W. 228th St
Raiford, FL 32026
Florida State Prison

(DD.) Nurse Reed
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

Y.) Grievance Coordinator T. Gipson
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

(EE.) Nurse Mendez
7819 N.W. 228th St
Raiford, FL 32026
Florida State Prison

4 (3)

(FF.) Classification Ofc. P. Hunter
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

GG.) Classification Ofc. T. Washington
7819 N.W. 228th St
Raiford, FL 32026
Florida State Prison

HH.) Tom Reimers Health Serv. Dir.
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

II.) State Rep. Michelle Schouest
501 S. Calhoun St.
Tallahassee, FL 32399
Fla. Dept. Of Corr.

JJ.) State Rep. T. Bowden
501 S. Calhoun St
Tallahassee, FL 32399
Fla. Dept. Of Corr.

KK.) C. Ibe A.R.N.P.
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

(LL.) State Rep. C Neel
501 S. Calhoun St
Tallahassee, FL 32399
Fla. Dept. Of Corr.

(MM.) A. Johns State Rep
501 S. Calhoun St
Tallahassee, FL 32399

(NN.) Dentist John Doe 1
7819 N.W. 228th St
Tallahassee, FL 32026
Florida State Prison

(OO.) Nurse C. Denunzio
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

(PP.) Dentist John Doe #1
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

(QQ.) Nurse Stanley
7819 N.W. 228th St.
Raiford, FL 32026
Florida State Prison

4 (4)

(RR) Dr. Salvador
Exact Address Unknown
Bristol, Florida   32321
Liberty Correctional Institution


(SS) Dr. Rosa
Exact Address Unknown
Bristol, Florida   32321
Liberty Correctional Institution


(TT) Nurse Nichols ARNP
Exact Address Unknown
Milton, Florida  32570
Santa Rosa Correctional Institution

V.    <u>STATEMENT OF CLAIM</u>: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

Violation's of 1st, 8th and 14th Amendments of the Constitution by Deliberate Indiffrence, Denial of Adequate Medical Care, Retaliation and Violation of Ch 33-208.001 (4)(a), Fla. Stat 782.04 (Attempt Murder), Fla. Stat. 92.525 (Falsification of Records) also Ch 33-208.003 (Corporal Punishment.

VI.    <u>STATEMENT OF FACTS</u>: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1.    Name and position of person(s) involved.
2.    Date(s).
3.    Place(s).
4.    Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.    Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

On June 2013 Dr. G. Shah performed a Liver Biopsy at Reception Medical Center that diagnosed "the damage caused by hepatitis C." Dr. Shah perscribed 52 weeks of Pega Interferon Alfa 2, shots and Ribavirin pills, as well as 12 weeks of Incivek pills. After Treatment began, plaintiff Informed nursing staff at (Liberty C.I) Liberty Correctional Institution that he was not receiving the Incivek; nurses advised plaintiff that he was not perscribed Incivek.

Plaintiff was returned to Reception Medical Center after 12 weeks of treatment. There plaintiff learned that the perscribe Incivek was not given nor was it ordered for [drug exception request] approval. The nurse notified [plaintiff] that [his] liver will not regenerate nor heal itself without Incivek. A nurse did make a drug exception request ("DER") for Incivek at that time, but the Secretary of the (F.D.O.C.) denied the request "suggesting that something else be used to replace Incivek because the (F.D.O.C.) will not approve the Incivek. Dr's Salvador and Rosa at Liberty C.I. notified plaintiff of the DER denial but never provided a replacement treatment nor a referral back to Dr. Shah. Plaintiff was later moved to Santa Rosa Correctional Institution where Nurse Nichols ARNP prematurely ended the treatment completely in 2014. Plaintiff was transfered to Black Water River Correctional Institution and still no referral to Dr. Shah nor any treatment.

On 2016 plaintiff was sent to Florida State Prison (F.S.P.) upon arrival my first encounter was with Dr. C. Le and Nurse K. Burgin plus other nursing staff which had already pre-arranged to cancel all my medical passes. As Dr. Le cancelled my passes Nurse K. Burgin supplied an excuse as to why the pass was being discontinued when my walker pass was discontinued I was told by Nurse K. Burgin that I wouldn't be doing much walking in (F.S.P.) cause I'd be locked in my cell all day unless I received a call out for medical or (RMC). I've been housed in cell 24/7 since arrival.

5(1)

For my Low Residue w/no beans was discontin-
ued by claiming that I had no further probl-
ems with my Colon I did'nt need no diet pass.

**Note:** None of my diet passes were assigned by
the Gastrointernologist Dr. G. Shah. The
passes were assigned by other doctor's
and specialist due to existing problems
with my stomach because due to a rup-
tured ulcer more than half of my stom-
ach was removed and since High Acid
Buildup, Acid Reflux and a possible reo-
ccuring ulcer are high possibility plus
Gas I was given a Low Residue Diet.

Dr. Le without any type of physical examination
canceled all my passes unjustly he claimed I
had no further colon problems even though my
medical file shows I am showing internal bleed-
ing where after a colonoscopy Dr. G. Shah reveal-
ed that bleeding was cause due to a ruptured vein.

**Note:** Since the cancelation of my diet and ch-
anges of my medication I've had Chro-
nic Diarrhea for over (1) Year. And I
am still bleeding in my stool. A second
Colonoscopy was performed by Dr. Radi
in 2017 whom claimed my Colon was
showing normal results. Upon arrival
to my cell and use of the restroom I
noticed Blood in stool upon noticing the
photograph's Taken by Dr. Radi were not

5 (2)

Compattible to the pictures taken by Dr. G. Shah in 2013. And continued bleeding is indicative that Dr. Radi intentionally ignored and avoided picturing area where ruptured vain was shown in 2013 by Dr. Shah. Then falsified the records claiming results to be normal.

Dr. Le after numerous complaints of blood in stool continued providing Hemocult cards which proved positive for blood in stool. On one occasion I received a call out and Dr. Le said that he had to check me he ordered me to lay down on an examinating table and he incerted his finger in my rectum which proved possitive for blood in stool but he never recomended me for any examination's or treatment by the "Gastrointernologist." I continued complaining on sick call forms, and Dr. Le continued sending me call outs and every time he only sought to continue incerting his finger in my rectum I objected because I had submitted Hemocult Cards which were possitive and that should have been sufficient to decide what course of action to take. On three seperate occasions Dr. Le continued to send me call outs and repeatedly wanted me to submit myself to his examination. Again I objected and notified him of the Hemocult Cards recently submitted. After his third attempt I filed a Third Party Grievance Alleging

5 (3)

Sexual Abuse to Warden Reddish. Dr. Le was reassigned and the grievance was never followed up on and Warden Reddish never responded to my complaint nor was I seen by the Inspector General's Office.

Also my Front Cuff Pass

This pass was discontinued by Dr. Le unjustly without any examination or further X-Rays even though my medical records do reveal that my right forearm does show a foreign body in Palmar Ulnar Soft Tissue of the mid-forearm approx. 0.3 cm which causes severe pain when my arms are turned in awkward possitions to be cuffed in back.

Now during the process of reassigning Dr. Le another issue arose involving a second incident of Sexual Abuse this time it involved a Sgt. Brown whom on 3/31/17 approached my cell J 1332 and continuously attempted to convince me to show him my penis hard even suggesting that im too old and probably couldnt get it hard. I knew Sgt. Brown is a known homosexual by the entire prison population. I told Sgt. Brown he was trying in vain and would get nowhere I told him I was going to write a Third Party Grievance against him so he left the front of my cell and as promised I began writing my Formal Third Party Grievance against Sgt. Brown. As I proceeded to write

5 (4)

it Sgt. Brown came and covered the window with his body and watched as I continued writing my grievance. Upon him removing himself I noticed LT. woods standing at my window, watching me writing the grievance. LT. woods stated something I couldn't hear so I got up and approached the door and asked what he had said.

LT. woods stated get your coat off that window and submit yourself to restraints for a property restriction which was what Sgt. Brown had requested. I started to refuse but noticed Sgt. Brown's belly lined against the wall by my cell door. I notified LT. woods about his Sergeants attempts to get me to comply with his sexual advances and that I was writing a Third Party Grievance against Sgt. Brown. LT. woods again repeated are you going to submit to restraints for property restriction.

Me knowing that they were already set on placing me on property restriction I just packed my property in pillow cases and by tieing it in my sheets. When I was removed from my cell Sgt. Brown removed everything out of my cell taking my clothing, Mattress, Sheets, Blanket, all my medication and all my personal property.

On 3/31/17 the temperature outside was 31° and since Sgt. Brown left the dorm exausts (2 exausts) on all day and even told the evening shift Sergeant to leave the exausts on

5 (5)

all night also and since the cell windows are not air tight it created a freezing enviorment inside my cell. I tried speaking to the evening shift officers and I believe the Sergeant was Sgt. Philbert to shut off the exaust but they refused, I asked for my medication and they said I couldn't have nothing for (72 hours).

On 3/31/17 the temperature was (31°) on 4/1/17 it was (21°) and on 4/2/17 it was (31°) again I cried all (3 nights) freezing because of Sgt. Brown and LT. Woods and Sgt. Philbert's Abuse. When my property was returned I put on my under cloth, entire uniform, wraped up with 2 sheets and 2 blankets after catching a high fever which I had to attend to myself with Tylenol because they wouldn't take me to medical

On 4/3/17 I received a disciplinary report # 205-170680 written by Sgt. Brown for a 6-1 Disobeying a verbal order claiming my cell was in disarray when he made me pack my property with LT. Woods to place me on property restriction. My property was on my bed when Sgt. Brown removed it from my cell. Upon receiving my (D.R.) I was given a Statement Form a Witness request form and a Evidence Request form which I did submit and notified the hearing team; "Classification S/o R.E. Shoup and LT. Lemire" of Sgt. Brown's attempt to force me to comply with his Sexual Demands and how he punished me for refusing.

5 (6)

On 4/5/17 I received a second (D.R.) fabricated by Sgt. Crocker on Sgt. Browns demand this (D.R. # 205-170709) for 9-17 Diorderly Conduct alleging that on 4/4/17 I was yelling out my cell door when in fact I was in bed nursing a high fever caused by being placed on strip from 3/31/17 thru 4/2/17

On 4/7/17 at 7:50 my D.R. Hearing was had and 30 days loss of gain Time was ordered on a finding of guilty. LT. K.L. Lamine and the hearing chairman, R.E. Shoup stated that my all-egations against Sgt. Brown would be investigated but nothing was done at all.

On 4/11/17 at 8:18 a hearing was done by LT. K.L. Lemire and the Chairman Class OFC T. Wash-ington whom entered a finding of guilty alleging that I refused to appear when in fact Sgt. Brown and his officer's made that allegation and signed a waiver that I refused to appear when they did not even notify me of D.R. hearing. Upon a findi-ng of guilty I received 20 day disciplinary con-finement. On D.R. # 205-170709 I filed Inform-al Grievance # 205-1704-0391, Formal Grievance # 1704-205-136, 1704-205-146 and, Appeal Griev-ance to Tallahassee 17-6-16864, and 17-6-22250

On D.R. # 205-170680 Formal Grie-vance # 1704-205-103 and Appeal Grievance # 17-6-16012. Even though evidence and Ch 33-F.A.C. rules were violated all grievances were deni-ed by P. Hunter SCLD and C. Neel Secretaries Representative

The Secretary of the Florida Dept. Of Corr. (F.D.O.C.) by and through its representatives and Classification have adopted a Systemic process allowing themselves to simply submit responses on grievance's alleging that the claimed rule violation presented in our grievances are not applicable and they don't even investigate requests for Video's and Audio submitted. Ch 33-F.A.C Rules only apply to impose unjust punishment on inmate's by correctional Officers.

Now Dr. Espino along with nursing staff herein named, Nurse's: K. Burgin, Wilkerson, K. Smith, S. Johnson, S.A. Waren, Alvarez, and Nurse Stanley, Reed and Mendez are employed simply to serve as Dr. Espino's puppets to help cover-up his Deliberate Indiffrence and Denial Of Adequate Medical Care. Mine's and every inmate at (F.S.P.) especially inmates with Life Threatening Deseases as I have Chronic Hepititis C Viral Infection which I've presented since my arrival to (F. S.P.) Issues which I've presented on the following numerous Formal Grievances Listed:
Informal and Formal and Appeal

| (Inf.) | (Form.) | (App.) | |
|---|---|---|---|
| 205-1708-0156 | 1707-205-233 | 17-6-10097 | |
| 205-1702-0695 | 1702-205-298 | 16-6-52564 | |
| 205-1702-0461 | 1707-205-353 | 17-6-33575 | |
| 205-1703-0145 | 1702-205-195 | 17-6-38031 | |
| 205-1702-0842 | 1703-205-071 | 17-6-38119 | |
| 205-1704-0741 | 1703-205-366 | 17-6-29788 | |
| 205-1708-0701 | 1705-205-091 | 17-6-43159 | |

(Inf.)
205-1709-0364, 205-1710-0155, 205-1706-0450,
205-1712-0705.

(Form.)
1708-205-277, 1708-205-335, 1709-205-193, 1709-205-328, 1710-205-022, 1710-205-023, 1710-205-149, 1711-205-037, 1711-205-073, 1711-205-153, 1706-205-280, 1712-205-271, 1801-205-017, 1801-205-050-1712-205-007.

(App.) 17-6-51528

(Be Advised) Numerous other grievances were submitted but I had to mail to my family due to Corr. Ofc's intentional and malicious destruction's of grievances during searches.

---

Since Dr. Le was removed/reassigned he was replaced by Dr. Espino whom does nothing for inmates at (F.S.P.) especially inmates with Chronic H.C.V. Infection. If the Blood Drawn Lab. Results are compared and the Chronic Care Clinic Forms first It will be noticed that on several Lab Results it shows that not all results contain a request for the complete information concerning Hep.C Genotype, FibroTest, ACTITEST or Hep.C RNA, (IU), or Hep.C RNA, (Log-10) Information and the forms do indicate what was'nt requested but should have to keep a continuous tracking of

5 (9)

how the desease has progressed. Dr. Espino has simply only sought chemistry AST/ALT levels to file his reports on Chronic CareClinic (C.C.C.) when I'm brought to his office and complain of other existing issues such as Chronic Diarrhea w/Blood in stool which I've had for a total of (370 days) a diarrhea which started when Dr. Le raised my medication "Protonix" from 20 mg to 40 mg and discontinued my Low Residue w/No beans Diet. He raised my medication as he stated because (FDOC) wont approve that "Prilosec" be perscribed. Dr. Espino wonders why I aint dehighdrated and on numerous occasions I've notified him that I do take multiple complex vitamins and that I drink alot of water. Dr. Espino has done nothing to perscribe any treatment for this problem which remains til this date. Dr. Espino after I make numerous requests to reinstate my low residue w/nobeans diet and my Prilosec **but** Dr. Espino says he cant, that has to be done by the Gastrointernologist and refuses to renew my diet, he also discontinued my "Protonix" medication and did not reorder the "Prilosec" to replace it. Since 9/29/17 thru 10-18-17 I submitted numerous Sick Call Forms.

    On 11-1-17 I was called by C. Ibe the ARNP for a Sick Call Referral due to an incident which occured on 10/3/17 where a C/o Van Allen slammed a Food Flap on my fingers which caused bleeding, swelling and

severe pain when Nurse Martin a black male nurse come to K-Dorm to draw my blood at approx. 3:30 a.m. but %English and %Herring did not notify me that I had Lab work on that day as can be viewed on camera. I was awaken by Nurse Martin and %English banging on my cell door attempting to force me to sign a refusal form when I asked what the refusal was for Nurse Martin notified me that I refused blood draw. I told him I was never notified of any blood draw, that I was not refusing and wanted my blood drawn but nurse Martin and %English simply walked away. I did bang on the cell door to have a Sergeant come to my cell Sgt. Geiger came and I notified him of the incident and demanded a medical emergency. Sgt. Geiger opened my food flap to take me to medical at which time %English Threatened to deal with me forcing me to demand that a Lieutenant be called. When Sgt. Geiger went to call for ("LT") on phone %Van Allen came as I was placing my clothes on food flap for Strip Search, (on Fixed wing camera), he grabed my uniform started to search it as I was putting my T-Shirt and Boxer's to be searched %Van Allen droped my clothes on floor and he slammed the food flap on my fingers and held the flap closed with his body (left side) and he released it after he heard me hollering that he had my fingers caught and he left the front of my cell. LT. Bracewell arrived and I attempted to notify him of the incident and he

5· (11)

only Threatened to gas me (Mace Me) there was a Captain present but I couldn't see his name. LT.Bracewell simply Told me my Lab.work would be rescheduled and did nothing To get me medical treatment for my swollen bleeding fingers

On 10/4/17 approximately I received a (D.R.) by % Van Allen alleging 9-33 Tampering with Security Device a DR he fabricated after slamming the food flap on my fingers. I was not Taken To medical until 10/9/17 because due To the pain and swelling. Nurse Reed In my presence Told nurse Mendez to down play the Incident. Nurse mendez did not report what I had claimed, he did place a splint and give me medication for the pain.

On 11/1/17 the ARNP C.Ibe did nothing but deny my passes did nothing about my diarrhea and only ordered X-Ray of my finger, (29 days later.).

Grievances were filed on D.R.# 205-172242 based on Guilty Finding which Imposed (50 days) disciplinary confinement and (30 days) Loss of Gain Time. All grievances were denied even though numerous procedural rule violations were existant. No evidence requested on grievances was reviewed or Investigated

On 11/2/17 I was Taken to (R.M.C.) Reception Medical Center for X-Ray of finger and a Sonogram was performed and the Sonogram Technician notified me that my Abdominal

Pain was caused because my Liver & Spleen are at war due to minimal activity of my Liver. She also said If she saw things critical that I'd be sent to a hospital.

On numerous occasions I've been called by Dr. Espino whom does nothing but submit lies in my medical file as he did on 11/13/17 he refused to deal with my health issues then he writes in my medical file that I was so happy to have received my Front Cuff Pass that I never mentioned my Acid Reflux which is a lie because I did ask about renewing my "Prilosec" and my Low Res. Diet w/no beans and he said that he couldn't, that, that had to be done by the Gastrointernologist.

All Dr. Espino does is retaliate for all the grievance's written against him by numerous inmates at (F.S.P.) including myself.

On three occasions I've been forced to submit Sworn Declaration to the Chief Inspector General Heather Robinson & To Lester Fernandez and Mrs. Jane Holmes-Cain Director of Correctional Medical Authority.
Chief Inspector General Correspondence # 2017-10-12-0015 to seek Criminal Charges against Dr. Espino & his staff.

On 11/25/17 I was taken to medical to have my blood drawn by nurse singletary upon arriving she notified me that the Federal Court Ordered the Secretary of the Florida Dept. of Corr. Julie Jones to give Treatment to

5 (13)

all inmates with Hep. C. On approx. 12/1/17 I was again taken to medical upon arriving I was seen by nurse Stanley for vitals, I asked her if my Lab. Results were back she checked my file and the Lab. Results from my blood drawn 11/25/17 had not returned yet. I was then taken before Dr. Espino whom stated these words. You were brought here so I can notify you that I will be conducting some test to see if you qualify for the new Hep. C treatment, 12/1/17. I asked him what Treatment are you gonna order a new liver biopsy?

He stated no, no liver biopsy I'm just going to have your blood drawn.

When I asked him; What about the blood that was drawn the other day?

He asked, what blood test? I told him the one they took on the 25. He said oh that was normal. I knew then again that Dr. Espino was lieing so I returned to my cell and I wrote a new grievance against Dr. Espino and a Sworn Declaration.

Upon arrival of the Lab. Results I did purchase copies of the results from Medical Records.

Again on 12/18/17 I was again called before Dr. Espino whom stated you were brought here to consult your Sonogram Results but I'm gonna have to reschedule you because the results aint in yet you can go. I notified him that the results were in my file because I did purchase a copy from Medical Records Dr. Espino again had the removed from medical and

5 (14)

again reordered a new Sonogram be performed of which I am awaiting for those copies. I was again removed from medical and filed a new grievance and Sworn Declaration, (Still Pending). Grievance # 1712-205-271

On the blood test done 11/25/17 the results were received which I purchased and reveal the following

Clinical Abnormalities Summary;
ALT  (51 HI)
Alpha-2-Macroglobulin  (397 HI)

Fibrotest - ACTITEST

Fibrosis  Score*NJ1- 0.78
Fibrosis  Stage * NJ1- F4
Fibrosis  Interp * NJ1- Severe Fibrosis

Inflamation Score* NJ1- 0.47
Inflamation  Stage* NJ1- A1-A2
Inflamation  Interp* NJ1- Minimal Activity

In Clinical Report Test proved  Score-0.63-1.00
Stage-A3
Interp - Severe Activity

The blood Test drawn 10/19/17 revealed
Hep. C RNA,(IU)* NJ1 -(1,140,000), Previous Result 457000 HI

Hep. C RNA,(Log-10)* NJ1 (6.06 HI) Previous Result 5.66

5 (15)

On 1/2/18 Dr. Espino called me back to medical and stated I called you to let you know that we will only be giving the new treatment to inmates who are stage F4 you wont be getting the treatment you can go now.

I froze I asked him why does my blood results from 11/25/17 show Im stage F-4 and now you claim Im F-3.

Dr. Espino simply said your getting better then had Sgt. Lee remove me from medical. I again filed a new grievance and Sworn Declaration to Chief Inspector General Heather Robinson. I also started drafting this complaint Dr. Espino continues to ignore all my health issues and the pain is unbearable. I spend my days 24/7 locked in this cell hurting. I've written grievances to Warden Reddish, Asst. Warden McClelan, Asst. Warden Taylor, and Julie Jones the Secretary of (F.D.O.C.) only to receive frivolous responses by State Representatives Michelle Schouest and T. Bowden.

The Grievance Coordinator's T. Gipson received many of my grievances and threw them away or handed them to the officer's being complained about allowing them to retaliate by fabricating D.R.s and imposing illegal placement of inmates on Strip. T. Gipson was fired for throwing away grievances and replaced by Grievance Coordinator Thomson whom only sends grievances directed to the warden to end up in Dr. Espinos hands where his nursing staff submit any response denying the grievance.

Now as for the Classification Officer P. Hunter, I had an approved phone list which

5 (16)

Contained my family's numbers. Upon arriving to (F.S.P.) I was told that I had to go to personal property to do a voice activation. Once I was taken to voice activate my phone Class.Ofc. P. Hunter cancelled my entire phone list without notice nor explanation unabling me to contact my family.

Now Classification Ofc. T. Washington on 8/1/17 while hearing a fabricated D.R. by Sgt. Merritt D.R.# 205-171668 when LT. Lemire steped out to take a phone call T. Washington said these exact words to me.

You know I know your sick, You look sick but do you actually think that we are going to use our tax payer dollars to give you treatment? It aint gonna happen so you can forget about it especially you since you have multiple convictions on your background.

I did file numerous grievances but I never received responses. It appears Classification Officer or Grievance Coordinator T. Gipson threw my complaints away.

These issues presented are true as stated and Grievance's, Sworn Declaration's, Video Recording's, Audio Recordings and witnesses including Medical Files are existant. Im very sick and perhaps will even die before this Court Process is over. All because Dr. Espino, Dr. Le, Dr. Radi, ARNP C. Ibe, Centurion Adm; and its employees, Julie Jones (FDOC), Warden Reddish, Asst. Warden McClelan, Asst. Warden Taylor, (F.S.P.) Correctional Officer's choose to be Deliberately

Indiffrent to my life threatening health issues and chose to impose severe abuse maliciously, willingly and knowingly on me and now the illegal placement on Strip of inmates which Sgt. R. Brown adopted as a tool to abuse inmates at (F.S.P.) and for unjustified reasons in retaliation by security staff without any concern for freezing temperatures or even existing health issues which require daily intake of medication. Officer's place inmates on strip for even talking since there's Audio Recordings if you speak anouncing their abuse your subjected to being placed on Strip illegally.

Julie Jones was given directly an order by a Federal Judge in the Northern District Court to provide treatment to all inmates in (F.D.O.C.) to all inmates with Hepatitis C. Dr. Espino has taken it upon himself to violate the Court Order and only provide treatment to inmates he deems qualified to receive the treatment this being contrary to the Court's Order. Dr. Espino makes no effort to perform his duties as a doctor which includes physical examinations of patients and adequate treatment Dr. Espino has not once provided any physical examinations of me nor has he ever provided any treatment for any Chronic or Non Chronic health issues existant. 98% of inmates have filed grievances against Dr. Espino and the (F.S.P.)(Administration) along with the (F.D.O.C.)(Administration) have done nothing to correct the issues and dont even investigate the grievances only claim to do things then sight in favor of the imposed Deliberate Indiffrence.

5 (18)

Dr. Espino, Nurse K. Burgin, Nurse L. Wilkerson, Nurse K. Smith, Nurse S. Johnson, Nurse S. Alvarez, Nurse S.A. Waren, Nurse Martin, Nurse Stanley and J. Arcelin, M.D. have been directly involved in the denial of medical care completely and have submitted responses to grievances which are not responsive to the complaints filed and have even submitted falsified refusal forms upset because I continue filing grievances against Dr. Espino and them. They've been deliberately In different to all my medical needs and continue to deny me sick call, treatment and have even attempted to provoke incidents to write disciplinary reports against me.

My Lab Results of 11/25/17 show that I'm fibrosis. Stage F4 Dr. Espino has not refered me to the Regional Director or to anyone to provide my treatment nor has he ordered any treatment at all for the numerous health issues existant. Fibrosis Stage-F4 (Cirrhosis) is considered the final stage of Hep C. Dr. Espino by declaring I'm Stage F-3 to continue denying my treatment is creating delays which are sure to cause my death. His Deliberate Indifference is a clear indication the he knowingly, willingly and meliciously is making attempts on my life so are the nurses involved

VII.    **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

That a finding of guilty be entered against all defendants as

being Deliberately Indiffrent, Abusive and Retaliatory,

That an immediate examination and treatment be order-ed of all inmates in Florida State Prison by an inde-pendant Doctor and That Dr. Espino be fired by Centurion and (F.D.O.C.),

That the sum of $400,000 dollars be entered ag-ainst each defendant under Individual and under Color of State Capacity as Compensatory Damages

That an order contesting/revising the applicable rules under Chapter 33 Florida Administrative Code and/with present enforcement process by F.D.O.C. Officials and the process of placing inm-ates on Strip be ordered terminated by (F.D.O.C.) in (C.M) close management prison's and correcti-onal Institution's

That the sum of $5,000,000 million dollars be added as Punitive Damages should me death occur due to Defendants Deliberate Indiffrence.

i DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 23 day of January             2018

William O. Hower Melendez
William O. Hower Melendez
(Signature Of Plaintiff (s) )

7.